**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**ADAM MARSHALL DOBRIN,**

***Plaintiff*,**

**v.** **Case No.: 1:26cv199-MW/MJF**

**NORTH FLORIDA EVALUATION AND TREATMENT CENTER, et al.,**

***Defendants*.**
______________________________/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections, ECF No. 6. The Magistrate Judge recommends dismissal without prejudice as a sanction for Plaintiff's failure to disclose his litigation history in violation of the Local Rules. Plaintiff's objections fail to address his failure to disclose a prior case that was filed with this Court earlier this year.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 5, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** pursuant to this Court's inherent authority to manage its docket and enforce the Local Rules, based on

Plaintiff's failure to comply with the complaint form's explicit instructions and failure to truthfully disclose his litigation history." The Clerk shall close the file.

**SO ORDERED on September 16, 2026.**

**s/Mark E. Walker**
**United States District Judge**